IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WINSTON KU,<br>　　　　　　　　　Plaintiff<br><br>v.<br><br>AUSTIN CONVENTION CONDOMINIUM<br>ASSOCIATION, INC.; AUSTIN<br>CONVENTION ENTERPRISES, INC.;<br>HILTON HOTEL CORPORATION;<br>THE 5 FIFTY FIVE CONDOMINIUM<br>ASSOCIATION, INC.; GERARD<br>SCHNEYER, AN INDIVIDUAL A/K/A<br>JERRY SCHNEYER,<br>　　　　　　　　　Defendants | § § § § § § § § § § § § § § § § | Civil Action No. A 09 CA 758 SS |

## DEFENDANTS' AND THIRD-PARTY DEFENDANTS' JOINT ADR REPORT

Defendants Austin Convention Condominium Association, Inc., Austin Convention Enterprises, Inc. ("ACE"), Hilton Hotel Corporation ("Hilton"), The 5 Fifty Five Condominium Association, Inc., Gerard Schneyer, an individual a/k/a Jerry Schneyer, and Third-Party Defendants Ellerbe Becket, Inc., All Star Specialty Construction, Inc., Journeyman Construction, Inc., S.T.G. Design, Inc., Dynamic Systems, Inc., Landmark Organization, Inc., Landmark Organization, LP, Landmark Constructors, Inc., FaulknerUSA, LP, FaulknerUSA GP, Inc., FaulknerUSA Acquisitions, LLC, Baker Concrete Construction, Inc., and H.L. Hotels, LP, Hotel Corporation of America, Inc., and Neches Street Partners, by and through their attorneys of record, and, pursuant to Local Rule CV-88 and the prior order of this Honorable Court, hereby submit this, their Joint ADR Report.

Defendants and Third-Party Defendants endeavored to file a Joint Report of all parties, by submitting a draft of this report to Plaintiff Winston Ku. However, Plaintiff stated that the draft Joint Report which he received on April 22 did not contain sufficient detail for the Court by

his reading of Local Rule CV-88. Plaintiff refused to participate in the filing of a joint report, failed to circulate a proposed draft of his suggested joint report, and filed a "Plaintiff's Report About Alternative Dispute Resolution" instead without any prior review of its content by counsel for Defendants or Third-Party Defendants.

## STATUS OF SETTLEMENT NEGOTIATIONS

To date, no formal settlement negotiations have taken place. The parties would report, however, that Plaintiff and Defendants ACE and Hilton have previously discussed a potential means to resolve this dispute, however, those means have been determined by ACE and Hilton to be unworkable. ACE and Ku have entered into an agreement regarding ACE's rental of a portion of Mr. Ku's units on the 5th floor. Ku has provided ACE and Hilton with information relating to Mr. Ku's calculation of his damages and ACE and Hilton have responded to Ku with their comments regarding that model.

Defendants 5 Fifty Five Condominium Association, Inc., Gerard Schneyer, and Austin Convention Condominium Association, Inc., through their attorney of record, have also engaged in limited, preliminary conversations with Plaintiff regarding a proposed resolution of Plaintiff's claims and causes of action against those Defendants. However, no agreements have been reached.

Plaintiff is asserting claims for relief against ACE, ACCA, Hilton, The 5 Fifty Five Condominium Association, Inc. and Gerard Schneyer. Pursuant to the Court's prior Scheduling Order, Plaintiff shall submit a written offer of settlement to Defendants by May 24, 2010. Defendants ACE, Hilton, and ACCA have filed third party actions against the design-builder of the building and various sub-contractors and consultants to the design-builder for contribution. Those Defendants will also submit a written offer of settlement to those parties on May 24, 2010.

The parties receiving a written offer of settlement are required to respond to such offer in writing by June 7, 2010.

## IDENTITY OF PERSONS RESPONSIBLE FOR SETTLEMENT NEGOTIATIONS

The following persons are responsible for settlement negotiations for Plaintiff and Defendants:

Winston Ku

Rudy Garza
Austin Convention Enterprises, Inc.
Austin Convention Condominium Association, Inc.

Laura Danysh
Hilton Hotel Corporation

Jennifer Jones and/or Kris Morgan (Board Members)
The 5 Fifty Five Condominium Association, Inc.

Gerard Schneyer

Dave Girard
Faulkner Third-Party Defendants
Landmark Third-Party Defendants

Michael Katz
Ellerbe Beckett, Inc.

Tadzi Jones
Neches Street Partners, L.P.
Hotel Corporation of America, Inc.
H.L. Hotels, L.P.

Barbara Robinson
Dynamic Systems, Inc.

Todd Wilkowski, General Counsel
Baker Concrete Construction, Inc.

Levien-Rich Associates, Inc.
[Levien-Rich has not filed an answer]

DeWitt Gayle
STG Design, Inc.

Judy Fisher
Journeyman Construction, Inc.
All Star Specialty Construction

## EVALUATION OF APPROPRIATENESS
## OF ALTERNATIVE DISPUTE RESOLUTION

Plaintiff, Defendants, and Third-Party Defendants believe Alternative Dispute Resolution is appropriate for this case and have selected mediation as the form of ADR. Further, the parties have agreed that Mr. Claude DuCloux should be the ADR provider for this method of ADR. Mr. DuCloux was proposed by Plaintiff to be the ADR provider, and the remaining parties have agreed to his appointment. Mr. DuCloux has indicated that he would charge an hourly rate of $275.00 for this mediation, to be equally borne by the parties. The parties have not agreed upon a time or date for mediation, however they will work together to determine a mutually convenient time, date, and location for mediation.

## CERTIFICATION OF COUNSEL

Insofar as the parties have agreed to an ADR method and have requested the appointment of Mr. Claude DuCloux as ADR provider, a certification of counsel that each client has been advised regarding the ADR procedures available in this district is not necessary.

Respectfully submitted,

ALLENSWORTH & PORTER, L.L.P.

_____
Matthew B. Cano
Texas Bar No. 03757050
Christopher A. Griesel
Texas Bar No. 08454425
620 Congress Avenue, Suite 100
Austin, Texas 78701-3229

Tele: (512) 708-1250
Fax: (512) 708-0519
ATTORNEYS FOR DEFENDANTS
AUSTIN CONVENTION ENTERPRISES
and HILTON HOTEL CORPORATION

**CHUNN, PRICE, HARRIS**

_Lonnie Chunn_ w/permission by _Matthew B Caro_
Lonnie Chunn
Texas Bar No. 04243000
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Tele: (210) 308-6677
Fax: (210) 525-0960
ATTORNEYS FOR DEFENDANT 555
CONDOMINIUM ASSOCIATIN
and GERARD SCHNEYER

**GRAVES, DOUGHERTY, HEARON & MOODY**

_Matthew Baumgartner_ w/permission by _Matthew B Caro_
Matthew Baumgartner
Texas Bar No. 24062605
Preston Randall
Texas Bar No. 16531020
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Tele: (512) 480-5731
Fax: (512) 480-5988
ATTORNEYS FOR DEFENDANT AUSTIN
CONVENTION CONDOMINIUM
ASSOCIATION

**SCOTT, DOUGLAS & MCCONNICO, LLP**

_Casey L. Dobson_ w/permission by _Matthew B Caro_
Casey L. Dobson
Texas Bar No. 05927600
Paige Arnette Amstutz
Texas Bar No. 00796136

600 Congress Avenue, Suite 1500
Austin, Texas 78701
ATTORNEYS FOR THIRD-PARTY
DEFENDANT ELLERBE BECKET, INC.

**FORD, NASSEN & BALDWIN, P.C.**

_____ w/ permission by
Jason Clay Spencer                Matthew B Cano
Texas Bar No. 00789755
111 Congress Avenue, Suite 1010
Austin, Texas 78701
ATTORNEYS FOR THIRD PARTY
DEFENDANTS ALL STAR SPECIALTY
CONSTRUCTION and JOURNEYMAN
CONSTRUCTION, INC.

**DUBOIS, BRYANT & CAMPBELL, LLP**

_____ w/ permission by
Matthew J. Sullivan                Matthew B Cano
Texas Bar No. 19488325
Christopher S. Stacy
Texas Bar No. 24027881
700 Lavaca Street, Suite 1300
Austin, Texas 78701
ATTORNEYS FOR THIRD-PARTY
DEFENDANT S.T.G. DESIGN INC.

**KNOLLE, HOLCOMB, KOTHMANN &
CALLAHAN**

_____ w/ permission by
Donald W. Holcomb                Matthew B Cano
Texas Bar No. 09821300
Donald Kothmann
Texas Bar No. 11693500
Lakewood on the Park
7500 North Capital of Texas Highway
Building B, Suite 110
Austin, Texas 78731

ATTORNEYS FOR THIRD-PARTY
DEFENDANT DYNAMIC SYSTEMS, INC.

**SPARR, BREWSTER & GEERDES, INC.**

_/s/ Richard A. Sparr, Jr. w/ permission by Matthew B Cano_
Richard A. Sparr, Jr.
Texas Bar No. 18887300
Gregory W. Geerdes
Texas Bar No. 00796618
1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Tele: (210) 828-6500
Fax: (210) 828-5444
ATTORNEYS FOR THIRD-PARTY
DEFENDANTS LANDMARK ORGANIZATION,
INC., LANDMARK ORGANIZATION, LP,
LANDMARK CONSTRUCTORS, INC.,
FAULKNERUSA, LP, FAULKNERUSA GP,
INC., and FAULKNER USA ACQUISITIONS,
L.L.P.

**TRAVIS & PORTELE**

_/s/ Gregory R. Travis w/ permission by Matthew B Cano_
Gregory R. Travis
Federal ID No. 14243
Michael J. Portele
Federal ID No. 867464
4700 Post Oak Blvd., Suite 900
Houston, Texas 77056
Tele: (713) 626-3800
Fax: (713) 626-3801
ATTORNEYS FOR THIRD-PARTY
DEFENDANT BAKER CONCRETE
CONSTRUCTION, INC.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*Jessica L. Mangram* w/permission by Matthew B. Cano
Jessica L. Mangram
Texas Bar No. 24037021
701 Brazos, Suite 1500
Austin, Texas 78701
Tele: (512) 703-5014
Fax: (512) 708-8777
ATTORNEYS FOR THIRD-PARTY DEFENDANTS H.L. HOTELS, LP, HOTEL CORPORATION OF AMERICA, INC. AND NECHES STREET PARTNERS

## CERTIFICATE OF CONFERENCE

Defendants and Third-Party Defendants have reviewed Defendants' and Third-Party Defendants' Joint ADR Report. All parties are in agreement and have approved counsel for Defendants Austin Convention Enterprises and Hilton Hotel Corporations to sign on their behalf.

*Matthew B. Cano*
Matthew B. Cano

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Joint ADR Report has been sent via the Court's electronic filing system on the 23rd day of April, 2010, to the following:

Matthew B. Baumgartner
Preston Randall
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701

Lonnie Chunn
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266

Wanda J. Harkness
Law Offices of Wanda Harkness
406 Sterzing Street
Austin, Texas 78704

Gregory R. Travis
TRAVIS & PORTELE
Galleria Tower I
2700 Post Oak Boulevard, Suite 900
Houston, Texas 77056

Don W. Kothmann
Knolle, Holcomb Kothmann & Callahan, P.C.
7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731

Casey L. Dobson
Paige Arnette Amstutz
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701

Jason Clay Spencer
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701

Christopher S. Stacy
Matthew J. Sullivan
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701

Jessica L. Mangrum
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701

**and I hereby certify that I have mailed by United States Certified Mail, Return Receipt Requested and e-mailed the document to the following:**

Winston Ku
555 East 5th St. # 525
Austin, Texas 78701
*winnietheku@earthlink.net*

Winston Ku
445 Island Ave. # 510
San Diego, California 92101

and I hereby certify that I have sent the document via facsimile (713) 626-3801 to the following on the 23RD day of April, 2010:

Michael J. Portele
TRAVIS & PORTELE
Galleria Tower I
2700 Post Oak Boulevard, Suite 900
Houston, Texas 77056

                                         Matthew B. Cano