IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WINSTON KU,<br>Plaintiff<br><br>v.<br><br>AUSTIN CONVENTION CONDOMINIUM ASSOCIATION, INC.; AUSTIN CONVENTION ENTERPRISES, INC.; HILTON HOTEL CORPORATION; THE 5 FIFTY FIVE CONDOMINIUM ASSOCIATION, INC.; GERARD SCHNEYER, AN INDIVIDUAL A/K/A JERRY SCHNEYER,<br>Defendant | §§§§§§§§§§§§§§§§§ | Civil Action No. A 09 CA 758 SS |

## MOTION FOR DISMISSAL AND AGREED STIPULATION OF DISMISSAL

Plaintiff and defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Winston Ku; Defendants are Austin Convention Enterprises, Inc., Hilton Hotels Corporation, Austin Convention Condominium Association, Inc., Five Fifty-Five Condominium Association, Inc. and Gerard Schneyer; Third Party Defendants are All Star Specialty Construction, Inc. f/k/a All Star Residential, Inc., Ellerbe Becket, Inc., H.L. Hotels, L.P., Hotel Corporation of America, Inc., Neches Street Partners, Dynamic Systems, Inc., Susman Tisdale Gayle Architects, Inc., d/b/a STG Designs, Inc., Journeyman Construction, Inc., Landmark Organization, LP, Landmark Organization, Inc., Landmark Constructors, Inc., Faulknerusa, L.P., Faulknerusa Acquisitions, LLP, Faulknerusa Group, Inc., and Baker Concrete Construction, Inc.

2. On October 19, 2009, Plaintiff filed its initial pleading in this case.

3. Plaintiff moves to dismiss the suit.

4. Defendants and Third Party Defendants, who have been served or appeared, agree

to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling. This dismissal affects only this suit and does not affect any claims in the following cases currently pending in state district court:

   1. Cause No. D-1-GN-08-002821; *Clifford Shive and Despina Shive and Linda S. Cartwright v. Austin Convention Enterprises, Inc., et al.*, in the District Court of Travis County, Texas;

   2. Cause No. D-1-GN-10-000106; *Ms. Gricell Co v. Austin Convention Enterprises, Inc., Hilton Hotel Corporation, BDA 555 Management, LLC, Five Fifty Five Condominium Association, Inc., & Austin Convention Condominium Association, Inc.;* in the 345th Judicial District Court of Travis County, Texas; and

   3. Cause No. D-1-GN-09-002148; *Gary Golden and Rhonda Golden v. Austin Convention Condominium Association, Inc., et al.*, in the 345th Judicial District Court of Travis County, Texas.

Respectfully submitted,

By: _____
Winston Ku
555 East 5th St. # 525
Austin, Texas 78701
*winnietheku@earthlink.net*

Winston Ku
445 Island Ave. # 510
San Diego, California 92101
Plaintiff

AGREED:

_____
Matthew B. Cano
State Bar No. 03757050
Christopher A. Griesel
State Bar No. 08454425
Allensworth and Porter, L.L.P.
620 Congress Avenue, Suite 100
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Enterprises, Inc., and Hilton Hotels Corporation

_____
Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.


_____
Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer


_____
Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.

Stipulation of Dismissal	Page 3

AGREED:

_____
Matthew B. Cano
State Bar No. 03757050
Christopher A. Griesel
State Bar No. 08454425
Allensworth and Porter, L.L.P.
620 Congress Avenue, Suite 100
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Enterprises, Inc., and Hilton Hotels Corporation

_____
Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.

*/s/ Lonnie Chunn*
_____
Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer

_____
Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.

AGREED:

_____
Matthew B. Cano
State Bar No. 03757050
Christopher A. Griesel
State Bar No. 08454425
Allensworth and Porter, L.L.P.
620 Congress Avenue, Suite 100
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Enterprises, Inc., and Hilton Hotels Corporation

_____
Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.

_____
Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer

_Richard A. Sparr, Jr. /by permission_
Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.

Stipulation of Dismissal                                                                    Page 3

1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.,
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.

*[signature: Don W. Kothmann]*

Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.
7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731
Attorneys for Dynamic System, Inc.

---

Casey L. Dobson
State Bar No. 05927600
Paige Arnette Amstutz
State Bar No. 00796136
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
Attorneys for Ellerbe Becket, Inc.

---

Jason Clay Spencer
State Bar No. 00789755
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701
Attorneys for All Star Specialty Construction, Inc.
f/k/a All Star Residential

1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.

---

Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.
7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731
Attorneys for Dynamic System, Inc.

*/s/ Paige A. Amstutz*

Casey L. Dobson
State Bar No. 05927600
Paige Arnette Amstutz
State Bar No. 00796136
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
Attorneys for Ellerbe Becket, Inc.

---

Jason Clay Spencer
State Bar No. 00789755
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701
Attorneys for All Star Specialty Construction, Inc.
f/k/a All Star Residential

1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.

---

Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.
7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731
Attorneys for Dynamic System, Inc.

---

Casey L. Dobson
State Bar No. 05927600
Paige Arnette Amstutz
State Bar No. 00796136
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
Attorneys for Ellerbe Becket, Inc.

---

/s/ Jason Clay Spencer

Jason Clay Spencer
State Bar No. 00789755
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701
Attorneys for All Star Specialty Construction, Inc.
f/k/a All Star Residential

_____
Christopher S. Stacy
State Bar No. 24027881
Matthew J. Sullivan
State Bar No. 19488325
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701
Attorneys for Susman Tisdale Gayle
Architects, Inc. d/b/a STG Designs, Inc.




_____
Jessica L. Mangrum
State Bar No. 24037021
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
Attorneys for H.L. Hotels, L.P., Hotel Corporation
of America, Inc. and Neches Street Partners




_____
Michael J. Portele
Federal Bar No: 867464
Pappas & Suchma
811 Town and Country Lane, Suite 400
Houston, Texas 77024
Attorneys for Baker Concrete Construction, Inc.




_____
David P. Boyce
State Bar No. 02759770
Wright & Greenhill, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
Attorneys for Journeyman Construction, Inc.

Christopher S. Stacy
State Bar No. 24027881
Matthew J. Sullivan
State Bar No. 19488325
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701
Attorneys for Susman Tisdale Gayle
Architects, Inc. d/b/a STG Designs, Inc.


*[signature]*

Jessica L. Mangrum
State Bar No. 24037021
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
Attorneys for H.L. Hotels, L.P., Hotel Corporation
of America, Inc. and Neches Street Partners


Michael J. Portele
Federal Bar No: 867464
Pappas & Suchma
811 Town and Country Lane, Suite 400
Houston, Texas 77024
Attorneys for Baker Concrete Construction, Inc.


David P. Boyce
State Bar No. 02759770
Wright & Greenhill, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
Attorneys for Journeyman Construction, Inc.

Christopher S. Stacy
State Bar No. 24027881
Matthew J. Sullivan
State Bar No. 19488325
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701
Attorneys for Susman Tisdale Gayle
Architects, Inc. d/b/a STG Designs, Inc.


Jessica L. Mangrum
State Bar No. 24037021
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
Attorneys for H.L. Hotels, L.P., Hotel Corporation
of America, Inc. and Neches Street Partners


Michael J. Portele /s/ Ch. Stacy
Federal Bar No: 867464    with permission
Pappas & Suchma
811 Town and Country Lane, Suite 400
Houston, Texas 77024
Attorneys for Baker Concrete Construction, Inc.


David P. Boyce
State Bar No. 02759770
Wright & Greenhill, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
Attorneys for Journeyman Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Stipulation of Dismissal was electronically filed with the Clerk of the Court on this 15 day of ~~September~~ October, 2010, using the CM/ECF system which will send notification of such filing to the following:

Matthew B. Baumgartner
Preston Randall
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701

Lonnie Chunn
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266

Richard A. Sparr, Jr.
Sparr, Brewster & Geerdes, Inc.
1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209

Don W. Kothmann
Donald Wayne Holcomb
Knolle, Holcomb Kothmann & Callahan, P.C.
7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731

Casey L. Dobson
Paige Arnette Amstutz
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701

Jason Clay Spencer
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701

Christopher S. Stacy
Matthew J. Sullivan
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701

Jessica L. Mangrum
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701

David P. Boyce
Wright & Greenhill, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701


**and I hereby certify that I have mailed by United States Certified Mail, Return Receipt Requested and e-mailed the document to the following:**

Winston Ku
555 East 5th St. # 525
Austin, Texas 78701
*winnietheku@earthlink.net*

Winston Ku
445 Island Ave. # 510
San Diego, California 92101

**and I hereby certify that I have mailed by United States Certified Mail, Return Receipt Requested the document to the following:**

Michael J. Portele
Pappas & Suchma
811 Town and Country Lane, Suite 400
Houston, Texas 77024

---
Christopher A. Griesel

1367603v1