IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 OCT 28 AM 10:54

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

| | |
|---|---|
| WINSTON KU, § <br> Plaintiff § <br> § <br> v. § <br> § <br> AUSTIN CONVENTION CONDOMINIUM § <br> ASSOCIATION, INC.; AUSTIN § <br> CONVENTION ENTERPRISES, INC.; § <br> HILTON HOTEL CORPORATION; § <br> THE 5 FIFTY FIVE CONDOMINIUM § <br> ASSOCIATION, INC.; GERARD § <br> SCHNEYER, AN INDIVIDUAL A/K/A § <br> JERRY SCHNEYER, § <br> § <br> Defendant § | Civil Action No. A 09 CA 758 SS |

## AGREED ORDER OF DISMISSAL

Plaintiff and Defendants in this matter have filed an agreed stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in this case.

The Court, having reviewed the agreed stipulation of dismissal, orders this case dismissed with prejudice to refilling.

This dismissal affects only this suit and does not affect any claims in the following cases currently pending in state district court:

    1.    Cause No. D-1-GN-08-002821; *Clifford Shive and Despina Shive and Linda S. Cartwright v. Austin Convention Enterprises, Inc., et al.*, in the District Court of Travis County, Texas;

    2.    Cause No. D-1-GN-10-000106; *Ms. Gricell Co v. Austin Convention Enterprises, Inc., Hilton Hotel Corporation, BDA 555 Management, LLC, Five*

*Fifty Five Condominium Association, Inc., & Austin Convention Condominium Association, Inc.;* in the 345th Judicial District Court of Travis County, Texas; and

3. Cause No. D-1-GN-09-002148; *Gary Golden and Rhonda Golden v. Austin Convention Condominium Association, Inc., et al.,* in the 345th Judicial District Court of Travis County, Texas.

_____
Judge Sam Sparks
United States District Court Judge


AGREED:

_____
Winston Ku
555 East 5th St. # 525
Austin, Texas 78701
*winniethelcu@earthlink.net*

Winston Ku
445 Island Ave. # 510
San Diego, California 92101
Plaintiff

_____
Matthew B. Cano
State Bar No. 03757050
Christopher A. Griesel
State Bar No. 08454425
Allensworth and Porter, L.L.P.
620 Congress Avenue, Suite 100
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Enterprises, Inc., and Hilton Hotels Corporation

*Fifty Five Condominium Association, Inc., & Austin Convention Condominium Association, Inc.;* in the 345th Judicial District Court of Travis County, Texas; and

3. Cause No. D-1-GN-09-002148; *Gary Golden and Rhonda Golden v. Austin Convention Condominium Association, Inc., et al.,* in the 345th Judicial District Court of Travis County, Texas.

---

Judge Sam Sparks
United States District Court Judge

AGREED:

---

Winston Ku
555 East 5th St. # 525
Austin, Texas 78701
*winnietheku@earthlink.net*

Winston Ku
445 Island Ave. # 510
San Diego, California 92101
Plaintiff

---

Matthew B. Cano
State Bar No. 03757050
Christopher A. Griesel
State Bar No. 08454425
Allensworth and Porter, L.L.P.
620 Congress Avenue, Suite 100
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Enterprises, Inc., and Hilton Hotels Corporation

_____
Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.


_____
Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer


_____
Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.
1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.


_____
Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.

Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.



Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer



Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.
1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.



Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.

Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.


Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer


*Richard A. Sparr, Jr. / by permission [signature]*
28w00796618
Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.
1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.


Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.

Matthew B. Baumgartner
State Bar No. 24062605
Preston Randall
State Bar No. 16531020
G. Douglas Kilday
State Bar No. 00787834
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas 78701
Attorneys for Defendant Austin Convention
Condominium Association, Inc.


Lonnie Chunn
State Bar No. 04243000
Chunn, Price & Harris
19115 FM 2252, Suite 11
San Antonio, Texas 78266
Attorneys for Five Fifty-Five Condominium
Association, Inc. and Gerard Schneyer


Richard A. Sparr, Jr.
State Bar No. 18887300
Sparr, Brewster & Geerdes, Inc.
1313 N.E. Loop 410, Suite 100
San Antonio, Texas 78209
Attorneys for Landmark Organization, L.P.
Landmark Organization, Inc., Landmark
Constructors, Inc., Faulknerusa, L.P.,
Faulknerusa Acquisitions, LLP, and
Faulknerusa Group, Inc.

*[signature]*

Don W. Kothmann
State Bar No. 11693500
Donald Wayne Holcomb
State Bar No. 09821300
Knolle, Holcomb Kothmann & Callahan, P.C.

7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731
Attorneys for Dynamic System, Inc.

*Paige A. Amstutz* (signature)

Casey L. Dobson
State Bar No. 05927600
Paige Arnette Amstutz
State Bar No. 00796136
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
Attorneys for Ellerbe Becket, Inc.

---

Jason Clay Spencer
State Bar No. 00789755
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701
Attorneys for All Star Specialty Construction, Inc.
f/k/a All Star Residential

---

Christopher S. Stacy
State Bar No. 24027881
Matthew J. Sullivan
State Bar No. 19488325
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701
Attorneys for Susman Tisdale Gayle
Architects, Inc. d/b/a STG Designs, Inc.

7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731
Attorneys for Dynamic System, Inc.

---

Casey L. Dobson
State Bar No. 05927600
Paige Arnette Amstutz
State Bar No. 00796136
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
Attorneys for Ellerbe Becket, Inc.

*/s/ Jason Clay Spencer*

Jason Clay Spencer
State Bar No. 00789755
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701
Attorneys for All Star Specialty Construction, Inc.
f/k/a All Star Residential

---

Christopher S. Stacy
State Bar No. 24027881
Matthew J. Sullivan
State Bar No. 19488325
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701
Attorneys for Susman Tisdale Gayle
Architects, Inc. d/b/a STG Designs, Inc.

7600 North Capital of Texas Hwy.,
Building B., Suite 110
Austin, Texas 78731
Attorneys for Dynamic System, Inc.

---

Casey L. Dobson
State Bar No. 05927600
Paige Arnette Amstutz
State Bar No. 00796136
Scott, Douglass & McConnico, P.C.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
Attorneys for Ellerbe Becket, Inc.

---

Jason Clay Spencer
State Bar No. 00789755
Ford Nassen & Baldwin, P.C.
111 Congress Ave., Suite 1010
Austin, TX 78701
Attorneys for All Star Specialty Construction, Inc.
f/k/a All Star Residential

---

Christopher S. Staley
State Bar No. 24027881
Matthew J. Sullivan
State Bar No. 19488325
DuBois Bryant & Campbell, L.L.P.
700 Lavaca, Suite 1300
Austin, Texas 78701
Attorneys for Susman Tisdale Gayle
Architects, Inc. d/b/a STG Designs, Inc.

*[signature]*

Jessica L. Mangrum
State Bar No. 24037021
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
Attorneys for H.L. Hotels, L.P., Hotel Corporation
of America, Inc. and Neches Street Partners

---

Michael J. Portele
Federal Bar No: 867464
Pappas & Suchma
811 Town and Country Lane, Suite 400
Houston, Texas 77024
Attorneys for Baker Concrete Construction, Inc.

---

David P. Boyce
State Bar No. 02759770
Wright & Greenhill, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
Attorneys for Journeyman Construction, Inc.

1367604v1

Jessica L. Mangrum
State Bar No. 24037021
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
Attorneys for H.L. Hotels, L.P., Hotel Corporation
of America, Inc. and Neches Street Partners


_____
Michael J. Portele / by Chris Suba with permission
Federal Bar No: 867464
Pappas & Suchma
811 Town and Country Lane, Suite 400
Houston, Texas 77024
Attorneys for Baker Concrete Construction, Inc.


_____
David P. Boyce
State Bar No. 02759770
Wright & Greenhill, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
Attorneys for Journeyman Construction, Inc.

1367604v1